# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FMR LLC and SEAPORT HOTEL LIMITED PARTNERSHIP,<br><br>   Plaintiffs,<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION, OH NBH OWNER, LLC, NEW BOSTON HOSPITALITY, LLC, SPOT ON VENTURES LLC, and THE DAVIS COMPANIES,<br><br>   Defendants. | Civil Action No. 18-cv-11055 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs FMR LLC and Seaport Hotel Limited Partnership (hereinafter, "Fidelity") and Defendants Omni Hotel Management Corporation, OH NBH Owner, LLC, New Boston Hospitality, LLC, Spot On Ventures LLC, and The Davis Companies (hereinafter, "Defendants," and with Fidelity, "the parties"), subject to the approval of the Court, hereby agree and stipulate as follows:

   1.   Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss with prejudice all claims in the above-captioned case.

   2.   Each party shall bear its own attorneys' fees and costs.

   SO STIPULATED.

FMR LLC and Seaport Hotel Limited Partnership,

By their attorneys,

/s/ *Mark G. Matuschak*
Mark G. Matuschak, BBO #543873
Vinita Ferrera, BBO #631190
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
mark.matuschak@wilmerhale.com
 vinita.ferrera@wilmerhale.com

Dated: May 3, 2019


For the Defendants,

By their attorneys,

/s/ *Joel R. Leeman*
Joel R. Leeman (BBO #292070)
Lisa. M. Tittemore (BBO #567941)
SUNSTEIN KANN MURPHY & TIMBERS LLP
125 Summer Street
Boston, MA 02110-1618
(617) 443-9292
jleeman@sunsteinlaw.com
ltittemore@sunsteinlaw.com

Dated: May 3, 2019

## [PROPOSED] ORDER

      IT IS ORDERED that the foregoing Stipulation of Dismissal with Prejudice is approved. This action is hereby dismissed with prejudice.

Dated: _____, 2019                   _____
                                                       Honorable Richard G. Stearns
                                                       United States District Judge

## **LOCAL RULE 7.1 CERTIFICATE**

I hereby certify that, in accordance with Local Rule 7.1(a)(2), counsel for FMR LLC and Seaport Hotel Limited Partnership conferred with Defendants' counsel, and Defendants' counsel consented to this motion.

Dated: May 3, 2019                                          /s/  *Mark G. Matuschak*
                                                                           Mark G. Matuschak
                                                                           (BBO No. 543873)

**CERTIFICATE OF SERVICE**

      I hereby certify that the documents filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 3, 2019.

                                              /s/ *Mark G. Matuschak*
                                              Mark G. Matuschak
                                              (BBO No. 543873)